| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Motor Credit Corporation | Order Filed on July 26, 2018 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No:  16-24375 SLM<br><br>Chapter: 13 |
| In Re:<br><br>Wilfredo Martinez,<br><br>     Debtor. | Judge:  Stacey L. Meisel |

# ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 26, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:        Wilfredo Martinez
Case No.:      16-24375 SLM
Caption:       **ORDER VACATING AUTOMATIC STAY**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2015 Toyota RAV4, VIN:2T3DFREV8FW244136, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David G. Beslow, Esquire, attorney for Debtors, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2015 Toyota RAV4, VIN:2T3DFREV8FW244136 is hereby vacated ~~immediately~~ as of the date of this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Debtor does not owe any money under the terms of the subject lease agreement; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor is prohibited from collecting any additional sums from the debtor in connection with this lease agreement.